# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

WILLIAM ARNOLD, JR.,

    Plaintiff,

  v.                    CASE NUMBER: 3:12-CV-767 (NAM/DEP)

VANDERBILT & ASSOCIATES, LLC,

    Defendant.

Decision by Court. This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the motion for default judgment (Dkt. No. 7) is GRANTED. It is further ORDERED that plaintiff is entitled to an award of statutory damages in the amount of $500 and an award of attorney's fees and costs in the amount of $2,590.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 4th day of March, 2014.

DATED: March 4, 2014

                                                    Clerk of Court

                                          By: s/ Nicole Killius
                                              Deputy Clerk